IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GREGORY C. MORSE § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 4:12CV375 |
| § | |
| COMMONWEALTH LAND TITLE § | |
| INSURANCE COMPANY, ET AL. § | |
| § | |
| Defendant. § | |

## ORDER REGARDING MOTION TO EXCEED PAGE LIMIT

*Pro se* Plaintiff has filed a Motion Requesting Exception to Document Submission Page Limitation (Dkt. 20), seeking to submit 100 pages of exhibits as an attachment to his response to the pending motions to dismiss. The Court notes that, unless they are specifically referenced by a plaintiff's complaint and are central to the plaintiff's claims, separate documents cannot be considered when determining a motion to dismiss under Rule 12(b)(6). *Scanlan v. Texas A & M Univ.*, 343 F.3d 533, 536 (5th Cir. 2003). Nonetheless, without making a determination as to the propriety of submitting such documents in conjunction with the motions to dismiss (the Court addresses the merits of the motions and Plaintiff's responsive pleadings in a separate report and recommendations) or a determination as to their relevance, the request to include the exhibits in the record in this case is GRANTED.

**SO ORDERED.**

SIGNED this 13th day of August, 2013.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE